No. 71–5502. EVANS ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–5504. FEURTADO *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 71–5506. CALABRO, AKA CALABRONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5507. LEGREE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 71–5509. BURT *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 71–5512. ESOCOBAR *v.* ROBERTS, DISTRICT ATTORNEY OF BRONX COUNTY, ET AL. Ct. App. N. Y. Certiorari denied.

No. 70–173. ALUMINUM CO. OF AMERICA ET AL. *v.* WOODS EXPLORATION & PRODUCING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted.

No. 71–121. PRO-FOOTBALL, INC., ET AL. *v.* HECHT ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–578. PORTER ET AL. *v.* LYNCH. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.